1 Abraham J. Colman (SBN 146933)
  acolman@reedsmith.com
2 Felicia Y. Yu (SBN 193316)
  fyu@reedsmith.com
3 Mathew M. Wrenshall (SBN 284466)
  mwrenshall@reedsmith.com
4
REED SMITH LLP
5 355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
6 Telephone:  213.457.8000
Facsimile:  213.457.8080
7
Attorneys for Defendant
8 INCOMM HOLDINGS, INC.

9        UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA FAFARD, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE INC., BEST BUY CO., INC.; and INCOMM HOLDINGS, INC.,<br><br>    Defendants. | Case No.: 3:12-cv-05125-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO ALLOW THE PARTIES TO PARTICIPATE IN MEDIATION**<br><br>[Local Rules 6-1 and 7-12]<br><br>Hon. Edward M. Chen |

Pursuant to Local Rules 6-1 and 7-12, Plaintiff Barbara Fafard and Defendants Apple Inc., Best Buy Co. Inc., and InComm Holdings, Inc., through their respective counsel of record, hereby stipulate to extend the time for Defendants to respond to Plaintiff's Complaint. This extension of time will enable the parties to attempt to participate in a mediation, which shall be commenced in February 2013.

The parties shall file a joint status report informing the Court of the progress or outcome of the mediation on or before March 1, 2013. In the event that the parties' mediation efforts are continuing to progress as of March 1, 2013, they shall be permitted an additional 30 days to continue those efforts and, in such an event, will be required to file a joint status report by no later than April 1, 2013.

If any party deems the mediation efforts to be unsuccessful, they shall so advise the Court and within 21 days thereof the Defendants shall respond to Plaintiff's Complaint.

Should Defendants elect to file a Rule 12 motion, the date by which Plaintiff's response to any such motion would be due shall be extended by an additional 21 days.

The date by which any reply in further support of any Rule 12 motion shall be filed shall also be extended by an additional 14 days.

DATED: December 21, 2012                MARCUS & AUERBACH LLC

                                        By  /s/ Jonathan Auerbach
                                            Jonathan Auerbach
                                            Attorney for Plaintiff
                                            BARBARA FAFARD

DATED: December 21, 2012                REED SMITH LLP

                                        By  /s/ Felicia Yu
                                            Abraham J. Colman
                                            Felicia Yu
                                            Mathew M. Wrenshall
                                            Attorney for Defendants
                                            INCOMM HOLDINGS, INC. AND BEST BUY
                                            CO. INC.

– 2 –

| | | |
|---|---|---|
| 1 | DATED: December 21, 2012 | PAUL HASTINGS |
| 2 | | |
| 3 | | By    */s/ David M. Walsh* |
| | |      David M. Walsh |
| 4 | |      Attorney for Defendant |
| | |      APPLE INC. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**FILER'S ATTESTATION**

I, Felicia Yu, attest that as the ECF filer of this Stipulation I obtained concurrence for this filing from all signatories to this document.

DATED: December 21, 2012                REED SMITH LLP


By  */s/ Felicia Yu*
    Felicia Yu
    Attorneys for Defendants
    INCOMM HOLDINGS, INC. AND BEST BUY CO. INC.

**[PROPOSED] ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED** that the Defendants' response date to Plaintiff's Complaint shall be extended so that the parties can participate in mediation. Defendants' response date to Plaintiff's Complaint shall be 21 days after any party advises the Court that mediation efforts have been unsuccessful. Plaintiff shall have an additional 21 days to respond to any dispositive motion that Defendants might file and Defendants shall have an additional 14 days to file a reply in support of any dispositive motion. The CMC is reset from 1/31/13 to 4/11/13 at 9:00 a.m.

**SO ORDERED:**

DATED: 1/3/13

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

M. CHEN
DISTRICT COURT JUDGE

# PROOF OF SERVICE

I, Candice A. Spoon, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On December 21, 2012, I served the following document(s) by the method indicated below:

**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO ALLOW THE PARTIES TO PARTICIPATE IN MEDIATION**

| | |
|---|---|
| ☒ | BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov |
| ☐ | by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. |
| ☒ | by transmitting via email to the parties at the email addresses listed below: |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| William A. Kershaw, Esq.<br>Stuart C. Talley, Esq.<br>Kershaw, Cutter & Ratinoff LLP<br>401 Watt Avenue<br>Sacramento, CA  95864<br>Tel:  916.448.9800<br>Fax:  916.669.4499<br>Email:  stalley@kcrlegal.com,<br>　　　　landerson@kcrlegal.com,<br>　　　　wkershaw@kcrlegal.com,<br>　　　　vburnsworth@kcrlegal.com | Attorneys for Plaintiff<br>*Barbara Fafard* |
| Jonathan Auerbach, Esq. (*admitted pro hac vice*)<br>Jerome M. Marcus, Esq. (*admitted pro hac vice*)<br>Marcus & Auerbach LLC<br>101 Greenwood Avenue, Suite 310<br>Jenkintown, PA  19046<br>Tel:  215.885.2250<br>Fax:  888.875.0469<br>Email:  jmarcus@marcusauerbach.com<br>　　　　jauerbach@marcusauerbach.com<br>　　　　cdodies@marcusauerbach.com | Attorneys for Plaintiff<br>*Barbara Fafard* |
| David M. Walsh, Esq.<br>Katherine F. Murray, Esq.<br>Adam M. Sevell, Esq.<br>Paul Hastings LLP<br>515 South Flower Stree, 25th Floor<br>Los Angeles, CA 90071<br>Tel:  213.683.6000<br>Fax:  213.627.0705<br>Email:  davidwalsh@paulhastings.com<br>　　　　katherinemurray@paulhastings.com<br>　　　　adamsevell@paulhastings.com | Attorneys for Defendant<br>*Apple Inc.* |

　　　　I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on December 21, 2012, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Candice A. Spoon
　　　　　　　　　　　　　　　　　　　　　　CANDICE A. SPOON

US_ACTIVE-107428272.3