1  Abraham J. Colman (SBN 146933)
   acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   fyu@reedsmith.com
3  Mathew M. Wrenshall (SBN 284466)
   mwrenshall@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone:   +1 213 457 8000
6  Facsimile:    +1 213 457 8080

7  Attorneys for Defendants
   INCOMM HOLDINGS, INC. and BEST BUY
8  CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA FAFARD, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., BEST BUY CO., INC.; and INCOMM HOLDINGS, INC.,<br><br>Defendants. | Case No.  3:12-cv-05125-CW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO FURTHER EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO ALLOW THE PARTIES TO PARTICIPATE IN FURTHER SETTLEMENT DISCUSSIONS AND MEDIATION** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Pursuant to Local Rules 6-1 and 7-12, Plaintiff Barbara Fafard and Defendants Apple Inc.,
2 Best Buy Co. Inc., and InComm Holdings, Inc. ("InComm"), through their respective counsel of
3 record, hereby stipulate to further extend the time for Defendants to respond to Plaintiff's Complaint.
4 This additional extension of time will enable the parties to continue to attempt to resolve the dispute.

5   Plaintiff and counsel for InComm, as well as certain InComm representatives, met in
6 Philadelphia on March 7, 2013 to discuss the possible resolution of the dispute.  The parties have
7 also scheduled a mediation session in front of Hon. Ronald M. Sabraw (Ret.) for April 25, 2013.

8   The parties shall file a joint status report informing the Court of the progress or outcome of
9 the mediation on or before April 27, 2013.  In the event that the parties' mediation efforts are
10 continuing to progress as of April 27, 2013, they shall be permitted an additional 30 days to continue
11 those efforts and, in such an event, will be required to file a joint status report by no later than
12 May 28, 2013.

13   If any party deems the mediation efforts to be unsuccessful, they shall so advise the Court
14 and within 21 days thereof the Defendants shall respond to Plaintiff's Complaint.

15   Should Defendants elect to file a Rule 12 motion, the date by which Plaintiff's response to
16 any such motion would be due shall be extended by an additional 21 days.

17   The date by which any reply in further support of any Rule 12 motion shall be filed shall also
18 be extended by an additional 14 days.

| | |
|---|---|
| DATED:  March 14, 2013 | MARCUS & AUERBACH LLC |
| | By   */s/ Jonathan Auerbach*<br>   Jonathan Auerbach<br>   Attorney for Plaintiff<br>   BARBARA FAFARD |
| DATED:  March 14, 2013 | REED SMITH LLP |
| | By   */s/ Felicia Yu*<br>   Abraham J. Colman<br>   Felicia Yu<br>   Mathew M. Wrenshall<br>   Attorney for Defendants<br>   INCOMM HOLDINGS, INC. AND BEST BUY CO. INC. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATED REQUEST TO FURTHER EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT TO ALLOW THE PARTIES TO PARTICIPATE IN FURTHER SETTLEMENT DISCUSSIONS

- 2 -

DATED: March 14, 2013            PAUL HASTINGS

                                 By   */s/ David M. Walsh*
                                     David M. Walsh
                                     Attorney for Defendant
                                     APPLE INC.

STIPULATED REQUEST TO FURTHER EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT TO ALLOW THE PARTIES TO PARTICIPATE IN FURTHER SETTLEMENT DISCUSSIONS

**FILER'S ATTESTATION**

I, Felicia Yu, attest that as the ECF filer of this Stipulation I obtained concurrence for this filing from all signatories to this document.

DATED: March 14, 2013　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　　　　By　*/s/ Felicia Yu*
　　　　　　　　　　　　　　　　　　　　Felicia Yu
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　			      INCOMM HOLDINGS, INC. AND BEST BUY CO. INC.

- 3 -

STIPULATED REQUEST TO FURTHER EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO ALLOW THE PARTIES TO PARTICIPATE IN FURTHER SETTLEMENT DISCUSSIONS

1 **[PROPOSED] ORDER**

2 **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED** that the
3 Defendants' response date to Plaintiff's Complaint shall be extended so that the parties can
4 participate in mediation.  Defendants' response date to Plaintiff's Complaint shall be 21 days after
5 any party advises the Court that mediation efforts have been unsuccessful.  Plaintiff shall have an
6 additional 21 days to respond to any dispositive motion that Defendants might file and Defendants
7 shall have an additional 14 days to file a reply in support of any dispositive motion.

8 **IT IS SO ORDERED**:

9
10 DATED: _March 15_____, 2013    _____
11                                 The Honorable CLAUDIA WILKEN
                                    United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware