Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Mathew M. Wrenshall (SBN 284466)
mwrenshall@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     213.457.8000
Facsimile:     213.457.8080

Attorneys for Defendant
INCOMM HOLDINGS, INC. and
BEST BUY CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA FAFARD, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., BEST BUY CO., INC.; and INCOMM HOLDINGS, INC.,<br><br>Defendants. | Case No. 12-CV-5125-CW<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Local Rule 6-2, 7-12, 16-2(e)]<br><br>The Honorable Claudia Wilken |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Pursuant to Local Rules 6-2, 7-12, and 16-2(e), Plaintiff Barbara Fafard and Defendants

2   Apple, Inc. ("Apple"), Best Buy Co. Inc. ("Best Buy"), and InComm Holdings, Inc. ("InComm")

3   (collectively, "Defendants"), through their respective counsel of record, hereby stipulate as follows

4   with reference to the following facts:

5   **RECITALS**

6   1.   On October 3, 2012, Plaintiff Barbara Fafard filed a complaint against Apple, Best

7   Buy, and InComm.

8   2.   Plaintiff and Defendants have conducted extensive discussions about possible early

9   resolution of the case.  On March 7, 2013, the parties met in person in Philadelphia, Pennsylvania to

10  discuss the case.  The parties agreed to continue their discussions before a mediator in San

11  Francisco.

12  3.   On March 13, 2013, this case was assigned from the Honorable Edward Chen to the

13  Honorable Claudia Wilken.

14  4.   On March 14, 2013, the Court entered an Order Setting a Case Management

15  Conference for Wednesday, April 10, 2013.

16  5.   On March 15, 2013, the Court entered an Order extending Defendants' date for

17  responding to Plaintiff's Complaint so that the parties could participate in mediation on April 25,

18  2013 before Judge Ronald M. Sabraw (Ret.).

19  6.   Judge Sabraw had to cancel the April 25, 2013 mediation.

20  7.   The parties are now trying to reschedule the mediation for a date in May 2013 with

21  Judge Sabraw.

22  8.   The parties believe the interests of judicial economy would be served by continuing

23  the Case Management Conference until after the May 2013 mediation with Judge Sabraw.

24  STIPULATION

25  NOW, THEREFORE, in consideration of the foregoing, the Parties, by and through their

26  respective counsel of record, hereby STIPULATE that the Case Management Conference be

27  continued to a date in July 2013 to allow the parties additional time to resolve this case.

28

Case No. 12-CV-5125-CW        – 2 –
STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**IT IS SO STIPULATED**.

DATED:  March 25, 2013                    MARCUS & AUERBACH LLC

By____*/s/ Jonathan Auerbach*_____
     Jonathan Auerbach
     Attorney for Plaintiff
     Barbara Fafard

DATED:  March 25, 2013                    REED SMITH LLP

By____*/s/ Mathew M. Wrenshall*_____
     Abraham J. Colman
     Felicia Y. Yu
     Mathew M. Wrenshall
     Attorneys for Defendants
     InComm Holdings, Inc. and Best Buy Co. Inc.

DATED:  March 25, 2013                    MORRISON & FOERSTER

By____*/s/ David M. Walsh*_____
     David M. Walsh
     Attorney for Defendant
     Apple Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**ORDER**

2      Pursuant to the above Stipulation, and good cause appearing therefor, the April 10, 2013

3   Case Management Conference is CONTINUED to **July 10, 2013,**        at **2:00 p.m.**  The Parties

4   shall file a joint statement advising the Court of the status of mediation and settlement discussions no

5   later than **July 3, 2013**.

6

7

8   **IT IS SO ORDERED:**

9

10   DATED: 3/26/2013

11                                                              _____
                                                               The Honorable Claudia Wilken
12                                                             United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1    I, *Mathew M. Wrenshall*, attest that as the ECF filer of this Stipulation I obtained concurrence

2 for this filing from all signatories to this document.

3

DATED:  March 25, 2013                      REED SMITH LLP

4

5

By_____*/s/ Mathew M. Wrenshall*_____

6         Mathew M. Wrenshall
          Attorney for Defendants

7         InComm Holdings, Inc. and Best Buy Co. Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware