William A. Kershaw, State Bar No. 057486
Stuart C. Talley, State Bar No. 180374
**KERSHAW, CUTTER & RATINOFF LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Jonathan Auerbach (admitted *pro hac vice*)
Jerome M. Marcus (admitted *pro hac vice*)
Steven G. Tyson, of Counsel
**MARCUS & AUERBACH LLC**
101 Greenwood Ave., Ste. 310
Jenkintown, Pennsylvania 19046
Telephone: (215) 885-2250
Facsimile: (888) 875-0469

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA FAFARD, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; BEST BUY CO., INC.; and INCOMM HOLDINGS, INC.,<br><br>Defendants. | Case No.: 4:12-cv-05125-CW<br><br>**JOINT STATEMENT, STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: July 10, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Honorable Claudia Wilken |

Pursuant to this Court's March 26, 2013 Order to Continue Case Management Conference ("Order") [Dkt. No. 29], Plaintiff Barbara Fafard ("Plaintiff") and Defendants Apple Inc. ("Apple"), Best Buy Co., Inc. ("Best Buy") and InComm Holdings, Inc. ("InComm") (collectively, "Defendants," and collectively with Plaintiff, the "Parties"), having been directed to file a joint statement advising the Court of the status of mediation and settlement discussions no later than July 3, 2013, hereby advise the Court as follows:

1. In late April 2013, the Parties rescheduled their mediation with Honorable Ronald M. Sabraw (Ret.) from April 25, 2013 to May 21, 2013.

2. On May 17, 2013, InComm and Best Buy filed extensive mediation statements with Judge Sabraw in advance of the May 21, 2013 mediation.

3. On May 21, 2013, Judge Sabraw conducted nine-hour mediation between InComm/Best Buy and Plaintiff at his JAMS office in San Francisco, California.

4. During the course of the mediation InComm, Best Buy and Plaintiff, through the efforts of Judge Sabraw, were able to reach an agreement in principle to settle the litigation.

5. This agreement in principle was reduced to a written Memorandum of Understanding (MOU) by Judge Sabraw on May 21, 2013. The MOU requires certain confirmatory discovery to corroborate specific representations made by InComm and/or Best Buy regarding the circumstances of the case. Despite their best efforts and now under Judge Sabraw's guidance, the Parties require an additional sixty (60) days to complete the confirmatory discovery contemplated under the terms of the MOU.

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the Parties request an additional sixty (60) days to complete confirmatory discovery under the MOU and return to the Court within that time frame, at a date and time convenient for the Court's calendar.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 3, 2013 | **KERSHAW, CUTTER & RATINOFF LLP** |
| 2 | | By */s/ William A. Kershaw* |
| | | William A. Kershaw |
| 3 | | wkershaw@kcrlegal.com |
| | | Stuart C. Talley |
| 4 | | stalley@kcrlegal.com |
| | | 401 Watt Ave. |
| 5 | | Sacramento, CA 95894 |
| | | Telephone: 916-448-9800 |
| 6 | | Facsimile: 916-669-4499 |
| 7 | | **MARCUS & AUERBACH LLC** |
| | | Jonathan Auerbach (admitted *pro hac vice*) |
| 8 | | auerbach@marcusauerbach.com |
| | | Jerome M. Marcus (admitted *pro hac vice*) |
| 9 | | jmarcus@marcusauerbach.com |
| | | Steven G. Tyson, Esquire, Of Counsel |
| 10 | | 101 Greenwood Ave., Ste. 310 |
| | | Jenkintown, PA 19046 |
| 11 | | Telephone: 215-885-2250 |
| | | Facsimile: 888-875-0469 |
| 12 | | *Attorneys for Plaintiff and the Class* |
| 13 | DATED: July 3, 2012 | **MORRISON & FOERSTER LLP** |
| 14 | | By */s/ David M. Walsh* |
| 15 | | David M. Walsh |
| | | dwalsh@mofo.com |
| 16 | | 707 Wilshire Boulevard, Suite 6000 |
| | | Los Angeles, CA 90071-3543 |
| 17 | | Telephone: 213-892-5200 |
| | | Facsimile: 213-892-5454 |
| 18 | | *Attorney for Defendant Apple Inc.* |
| 19 | DATED: July 3, 2013 | **REED SMITH LLP** |
| 20 | | By */s/ Mathew M. Wrenshall* |
| 21 | | Mathew M. Wrenshall |
| | | mwrenshall@reedsmith.com |
| 22 | | Abraham J. Colman |
| | | acolman@reedsmith.com |
| 23 | | Felicia Y. Yu |
| | | fyu@reedsmith.com |
| 24 | | 355 South Grand Avenue, Suite 2900 |
| | | Los Angeles, CA 90071 |
| 25 | | Telephone: 213-457-8000 |
| | | Facsimile: 213-457-8080 |
| 26 | | *Attorney for Defendant InComm Holdings, Inc. and Best Buy Co., Inc.* |
| 27 | | |
| 28 | | |

[~~PROPOSED~~] ORDER

Pursuant to the above Stipulation, and good cause appearing therefore, the July 10, 2013 Case Management Conference is CONTINUED to  September 25 , 2013 at   2:00 p.m.  . The Parties shall file a joint statement advising the Court of the status of mediation and settlement discussions no later than  September 18 , 2013.

**IT IS SO ORDERED.**

Dated: 7/8/2013

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

JOINT STATEMENT, STIPULATION AND [~~PROPOSED~~] ORDER

I, William A. Kershaw, hereby attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories to this document, in full accordance with Civil L.R. 5-1(i)(3).

DATED: July 3, 2013            **KERSHAW, CUTTER & RATINOFF, LLP**

                                        By */s/ William A. Kershaw*

                                             William A. Kershaw