Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Mathew M. Wrenshall (SBN 284466)
mwrenshall@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     213.457.8000
Facsimile:     213.457.8080

Attorneys for Defendant
INCOMM HOLDINGS, INC. and
BEST BUY CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA FAFARD, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., BEST BUY CO., INC.; and INCOMM HOLDINGS, INC.,<br><br>Defendants. | Case No. 12-CV-5125-CW<br><br>**JOINT STATEMENT, STIPULATED REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Local Rule 6-2, 7-12, 16-2(e)]<br><br>Date:  December 11, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>The Honorable Claudia Wilken |

Pursuant to this Court's September 19, 2013 Order to Continue the Case Management Conference [Dkt. 34], Plaintiff Barbara Fafard ("Plaintiff") and Defendants Apple, Inc. ("Apple"), Best Buy Co. Inc. ("Best Buy"), and InComm Holdings, Inc. ("InComm") (collectively, "Defendants," and collectively with Plaintiff, the "Parties"), having been directed to file a joint statement advising the Court of the status of mediation and settlement discussions no later than December 4, 2013, hereby advise the Court as follows:

1. On May 21, 2013, the Parties participated in a mediation session with Honorable Ronald M. Sabraw (Ret.) that resulted in a written Memorandum of Understanding (MOU) memorializing the Parties' agreement in principle to settle the litigation.

2. On October 17, 2013, the Parties participated in a second mediation session with Judge Sabraw in order to finalize the terms of the MOU.

3. This second mediation session resulted in a final executed MOU between the Parties.

4. Since that date, the Parties have worked diligently to finalize documents related to the settlement and to prepare a motion for preliminary approval of class settlement for the Court's consideration. Despite their best efforts and under Judge Sabraw's continued guidance, the Parties require additional time to prepare and submit a motion for preliminary approval of class settlement for the Court's consideration.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 12-CV-5125-CW                 – 2 –
JOINT STATEMENT, STIPULATED REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the Parties request an additional sixty (60) days to finalize the motion for preliminary approval of class settlement and all documents to be submitted to the Court in connection with that motion.

**IT IS SO STIPULATED**.

DATED: December 4, 2013              MARCUS & AUERBACH LLC
                                     By     */s/ Jonathan Auerbach*
                                         Jonathan Auerbach
                                         Attorney for Plaintiff
                                         Barbara Fafard

DATED: December 4, 2013              REED SMITH LLP

                                     By     */s/ Mathew M. Wrenshall*
                                         Abraham J. Colman
                                         Felicia Y. Yu
                                         Mathew M. Wrenshall
                                         Attorneys for Defendants
                                         InComm Holdings, Inc. and Best Buy Co. Inc.

DATED: December 4, 2013              MORRISON & FOERSTER

                                     By     */s/ David M. Walsh*
                                         David M. Walsh
                                         Attorney for Defendant
                                         Apple Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 12-CV-5125-CW                – 3 –
JOINT STATEMENT, STIPULATED REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

Pursuant to the above Stipulation, and good cause appearing therefor, the December 11, 2013 Case Management Conference is CONTINUED to **March 13, 2014**, at 2:00 p.m. The Parties shall file their motion for preliminary approval of class settlement no later than **February 6, 2014**.

**IT IS SO ORDERED:**

DATED: 12/6/2013

_____
The Honorable Claudia Wilken
United States District Court Judge

1  I, *Mathew M. Wrenshall*, attest that as the ECF filer of this Stipulation I obtained concurrence for this filing from all signatories to this document.

DATED: December 4, 2013                REED SMITH LLP


                                       By    */s/ Mathew M. Wrenshall*
                                           Mathew M. Wrenshall
                                           Attorney for Defendants
                                           InComm Holdings, Inc. and Best Buy Co. Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 12-CV-5125-CW                  – 5 –
JOINT STATEMENT, STIPULATED REQUEST AND [~~PROPOSED~~] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE