1   Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
2   Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
3   Mathew M. Wrenshall (SBN 284466)
mwrenshall@reedsmith.com
4   REED SMITH LLP
355 South Grand Avenue, Suite 2900
5   Los Angeles, CA  90071-1514
Telephone:     213.457.8000
6   Facsimile:     213.457.8080

7   Attorneys for Defendant
INCOMM HOLDINGS, INC. and
8   BEST BUY CO., INC.

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13   BARBARA FAFARD, individually and on behalf       Case No. 12-CV-5125-CW
     of a class of similarly situated individuals,
14                                                     **JOINT STATEMENT, STIPULATED**
                   Plaintiff,                          **REQUEST, AND ORDER TO EXTEND**
15                                                     **TIME TO SUBMIT MOTION FOR**
            vs.                                        **PRELIMINARY APPROVAL OF CLASS**
16                                                     **SETTLEMENT**
     APPLE INC., BEST BUY CO., INC.; and
17   INCOMM HOLDINGS, INC.,                            [Local Rule 6-2, 7-12, 16-2(e)]

18                 Defendants.
                                                       The Honorable Claudia Wilken
19

20

21

22

23

24

25

26

27

28   Case No. 12-CV-5125-CW                  – 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Plaintiff Barbara Fafard ("Plaintiff") and Defendants InComm Holdings, Inc. ("InComm"),

2    Best Buy Co. Inc. ("Best Buy"), and Apple Inc. ("Apple") (collectively, "Defendants," and

3    collectively with Plaintiff, the "Parties"), by their undersigned counsel, stipulate as follows:

4    **WHEREAS**, the Parties have, with the assistance of the Honorable Ronald M. Sabraw

5    (Ret.), executed a Memorandum of Understanding (MOU) memorializing the Parties' agreement in

6    principle to settle the litigation;

7    **WHEREAS**, the Parties have worked diligently to finalize documents related to the

8    settlement and to prepare a motion for preliminary approval of class settlement for the Court's

9    consideration by February 6, 2014;

10   **WHEREAS**, because of logistical challenges on the part of the Defendants, the Parties

11   require additional time to prepare and submit that motion.

12   **NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED**, subject to the

13   approval of the Court, that:

14   The Parties shall submit a motion for preliminary approval of class settlement for the Court's

15   consideration on February 18, 2014;

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Case No. 12-CV-5125-CW                    – 2 –

1          The Case Management Conference currently set for March 13, 2014 is continued to

2    March 27, 2014.

3          **IT IS SO STIPULATED**.

4

5    DATED:  February 7, 2014                    MARCUS & AUERBACH LLC

6

7                                               By____*/s/ Jonathan Auerbach*_____
                                                    Jonathan Auerbach
8                                                   Attorney for Plaintiff
                                                    Barbara Fafard
9

10   DATED:  February 7, 2014                   REED SMITH LLP

11

12                                              By____*/s/ Mathew M. Wrenshall*_____
                                                    Abraham J. Colman
                                                    Felicia Y. Yu
13                                                  Mathew M. Wrenshall
                                                    Attorneys for Defendants
14                                                  InComm Holdings, Inc. and Best Buy Co. Inc.

15   DATED:  February 7, 2014                   MORRISON & FOERSTER

16

17                                              By____*/s/ David M. Walsh*_____
                                                    David M. Walsh
18                                                  Attorney for Defendant
                                                    Apple Inc.

19

20

21

22

23

24

25

26

27

28

Case No. 12-CV-5125-CW                    – 3 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

Pursuant to the above Stipulation, and good cause appearing therefor, the date for submission of the Parties' Motion For Preliminary Approval Of Class Settlement is hereby moved to February 18, 2014.  The Case Management Conference is hereby continued to **April 3, 2014**.

**IT IS SO ORDERED:**

DATED: 2/11/2014

_____
The Honorable Claudia Wilken
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    I, *Mathew M. Wrenshall*, attest that as the ECF filer of this Stipulation I obtained concurrence

2  for this filing from all signatories to this document.

3

4  DATED:  February 7, 2014                    REED SMITH LLP

5
                                               By_____/s/ Mathew M. Wrenshall_____
6                                                  Mathew M. Wrenshall
                                                   Attorney for Defendants
7                                                  InComm Holdings, Inc. and Best Buy Co. Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware